DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE REYES,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,**
Appellee.

No. 4D22-341

[August 18, 2022]

Appeal of a consolidated order from the Reemployment Assistance Appeals Commission; L.T. Case Nos. RAAC 21-01874, RAAC 21-01875, RAAC 21-01876, RAAC 21-01877, RAAC 21-01878, RAAC 21-01879, RAAC 21-01880 and RAAC 21-01881.

Jose Reyes, Pompano Beach, pro se.

Katie Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***